United States District Court
Southern District of Texas

**ENTERED**

July 15, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BEIRAMLOEI, *et al.*, | § | |
|    "Petitioners," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00575 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
|    "Respondents." | § | |

**ORDER**

Before the Court are Petitioners' "Notice of Dismissal Without Prejudice" (Dkt. No. 6). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioners' claims against the Defendants are **DISMISSED with prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this July 15, 2026

_____
Rolando Olvera
United States District Judge