United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BEIRAMLOEI, *et al.*,<br>"Petitioner," | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-00575 |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.*,<br>"Respondents." | §<br>§<br>§ | |

**ORDER**

On July 15, 2026, the Court erroneously dismissed Petitioners' claims with prejudice and ordered the Clerk of Court to close the case. ("Order") (Dkt. No. 7). The Court hereby **RESCINDS** the Court's Order (Dkt. No. 7) and **ORDERS** the Clerk of the Court to reopen this case.

SIGNED this July 15, 2026

Rolando Olvera
United States District Judge